1 | BILL LOCKYER
Attorney General of the State of California
2 | ROBERT R. ANDERSON
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MONICA N. ANDERSON
Supervising Deputy Attorney General
5 | DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
6 |   1300 I Street, Suite 125
   P.O. Box 944255
7 |   Sacramento, CA 94244-2550
   Telephone: (916) 324-5810
8 |   Fax: (916) 324-5205

9 | Attorneys for Defendants Herrera, Grannis, Fisher,
Providence, Allen, Herrera, Schwartz, O'Ran, Lee and
10 | Thumser
SA2005100247

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GUY T. STRINGHAM,** | CASE NO. CIV S-04-1530 DFL GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **R. LEE, et al.,** | |
| Defendants. | |

The request for an extension of time to respond to Plaintiff's discovery requests was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted a 45 day extension of time to respond to Plaintiff's discovery requests, to take effect from the date this order is filed.

DATED: 5/31/05

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

stri1530.eot05

[Proposed] Order Granting Defendants' First  Request For An Extension Of Time To Respond To Plaintiff's Discovery Requests
1