IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

    Plaintiff,                    No. CIV S- 04-1530 DFL GGH P

    vs.

R. LEE, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On February 25, 2005, defendants Herrera, Grannis, Allen, Thumser, Schwartz, O'Ran, Fisher, Providence, and Lee filed their answer to plaintiff's complaint. On March 3, 2005, plaintiff filed a motion for a preliminary injunction asking the court to grant the relief preliminarily that he seeks on a permanent basis by his complaint. Defendants have filed no response to plaintiff's motion. Moreover, a response to the complaint is overdue from defendant Bradanick,[1] who signed a waiver of service on February 15, 2005, which was filed in this court on February 23, 2005.

        Accordingly, IT IS ORDERED that:

---

[1] The time for a response from the remaining defendants, CMF-Vacaville and the California Department of Corrections, has not yet expired.

1

1. Defendants Herrera, Grannis, Allen, Thumser, Schwartz, O'Ran, Fisher, Providence, and Lee must file any response to plaintiff's March 3, 2005 motion for preliminary relief within 20 days; and

2. Defendant Bradanick must show cause, within 10 days, for his failure to respond timely to plaintiff's complaint.

DATED: 5/31/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
strin1530.rsp