BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5810
 Fax:  (916) 324-5205

Attorneys for Defendants Herrera, Grannis, Fisher,
Providence, Allen, Schwartz, O'Ran, Lee, Thumser,
Bradanick  and California Medical Facility
SA2005100247

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GUY T. STRINGHAM,** | CASE NO. CIV S-04-1530 DFL GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION  FOR PRELIMINARY INJUNCTION** |
| v. | |
| R. LEE, et al., | |
| Defendants. | |

Defendant's first request for an extension of time to file an opposition to Plaintiff's Motion for Preliminary Injunction was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that, from the date this order is served, Defendant has **20** days to file his response to Plaintiff's motion.  No further extensions

DATED: 6/24/05                     /s/ Gregory G. Hollows
                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

stri1530.eot06

[Proposed] Order Granting Defendant's  First EOT to Respond to Plaintiff's Motion for Preliminary Injunction

1