IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

      Plaintiff,                           No. CIV S- 04-1530 DFL GGH P

    vs.

R. LEE, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  Pursuant to the scheduling order, filed on November 18, 2005, defendants, on April 21, 2006, filed a timely motion for summary judgment.

        In light of the pending dispositive motion, the court will vacate the July 28, 2006 pretrial conference and October 23, 2006 jury trial dates currently set in the November 18, 2005 scheduling order.  The dates set for the filing of pretrial statements by the parties in the scheduling order are also hereby vacated.

\\\\\
\\\\\
\\\\\
\\\\\

1

Plaintiff's opposition to the motion for summary judgment is due within thirty days. Any reply will be due seven days after service of the opposition. The dates for the pretrial conference, including the dates for the filing of pretrial statements, and for a jury trial will be re-set, if appropriate, upon adjudication of the pending motion for summary judgment.

IT IS SO ORDERED

DATED: 5/3/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
stri1530.vac