1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9   GUY T. STRINGHAM,

10          Plaintiff,                    No. CIV S- 04-1530 DFL GGH P

11      vs.

12   R. LEE, et al.,

13          Defendants.                   <u>ORDER</u>

14   _____/

15          The court's review of defendants' pending motion for summary judgment in this

16   § 1983 action, filed on April 21, 2006, reveals that a supporting declaration, cited as sole support

17   by defendants for certain undisputed material facts, is signed by Custody Captain Marc Kaplan,

18   but not under penalty of perjury.

19          Accordingly, IT IS ORDERED that:

20          1.  Defendants must file an affidavit/declaration by Captain Kaplan that includes

21   his signature under penalty of perjury, within five days of the filed date of this order; and

22          2.  Failure to do so will result in defendants' pending motion for summary

23   judgment being vacated from the court's calendar as defectively filed.

24   DATED: 1/24/07                        /s/ Gregory G. Hollows
                                           _____
25                                         GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE
26
     GGH:009/stri1530.dec