IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

      Plaintiff,                    No. CIV S-04-1530 DFL GGH P

   vs.

R. LEE, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 20, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 20, 2007, are adopted in full; and

2. Defendants' April 21, 2006, motion for summary judgment is granted as to defendants Bradanick, Fisher, Providence, Lee, Herrera, Grannis, Allen, Schwartz, O'Ran and Thumser, and this matter shall proceed only as to the ADA claims against defendants CDCR and CMF.

DATED: March 29, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/stri1530.801