IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

     Plaintiff,                    No. CIV S-04-1530 RRB GGH P

    vs.

R. LEE, et al.,

     Defendants.         ORDER
_____/

       Plaintiff has requested an extension of time to file a response to the defendants' October 2, 2007 supplemental motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's October 15, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted until December 3, 2007, in which to file his response.

DATED: 10/26/07

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:cm
stri1530.36